**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **21-474** |
| | ) | |
| CHRISTOPHER SHANER, | ) | |

## ORDER

Defendant Christopher Shaner's has filed Motion to Terminate Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1). ECF No. 29. The government has filed a response opposing the motion, to which Mr. Shaner has filed a Reply. ECF Nos. 31, 34. On March 17, 2025, a hearing on the Motion was held, at which Mr. Shaner and his employer testified. A court may "terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release," if the court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making this determination, the Court must consider the factors set forth in 18 U.S.C. § 3553(a).

After reviewing the parties' briefs, the testimony from the hearing, and all relevant filings, including the Presentence Report and sentence imposed, and Mr. Shaner's conduct while on supervision, the Court concludes that early termination of Mr. Shiner's supervised release is warranted. Mr. Shaner is gainfully employed and is successful at his job. He has performed well under supervision throughout his term, and he has complied with the conditions of supervision. The Court also recognizes Mr. Shaner's exemplary conduct while on a lengthy term of pretrial supervision. After considering an individualized assessment, reviewing the factors to be considered for early termination of supervised release, as set forth

in 18 U.S.C. § 3583(e)(1), reviewing the relevant factors set forth in 18 U.S.C. § 3553(a), and the factors set forth in U.S.S.G. § 5D1.4, comment. n.1(B), the Court concludes that it is in the interest of justice to terminate Mr. Shaner's supervised release at this time.

Accordingly, the following Order is hereby entered.


AND NOW, this 18th day of March 2026, it is hereby ORDERED, that Christopher Shaner's Motion to Terminate Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1), ECF No. 29, is GRANTED.  Defendant's term of supervised release is terminated.


       *s/Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge